UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**STRAFFI & STRAFFI, LLC**
670 Commons Way
Toms River, NJ 08755
(732) 341-3800
(732) 341-3548 (fax)
bkclient@straffilaw.com
Attorney for Debtor(s)

In Re:

Devona, Joseph
Devona, Stephanie

Debtor(s).

Order Filed on February 28, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-11770

Adv. No.:

Hearing Date: February 26, 2019 @ 9:00 am

Judge: Michael B. Kaplan

# ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through  n/a  is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Devona, Joseph & Stephanie
Case No: 19-11770/MBK

### ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

**THIS MATTER**, having been brought before this Court by Daniel E. Straffi, Jr., Esq., attorney for the debtors for an Order to Extend Automatic Stay as to all Creditors and the Court having considered the papers submitted and any objections, and for good cause appearing and it is hereby:

**ORDERED** as follows:

1. The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors pending further order of this Court; and it is

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.