|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**STRAFFI & STRAFFI, LLC**<br>670 Commons Way<br>Toms River, NJ 08755<br>(732) 341-3800<br>(732) 341-3548 (fax)<br>bkclient@straffilaw.com<br>Attorney for Debtor(s) | Order Filed on February 28, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Devona, Joseph<br>Devona, Stephanie<br><br>Debtor(s). | Case No.: 19-11770<br><br>Adv. No.:<br><br>Hearing Date: February 26, 2019 @ 9:00 am<br><br>Judge: Michael B. Kaplan |

## ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

The relief set forth on the following pages, numbered two (2) through  n/a  is hereby **ORDERED**.

**DATED: February 28, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Devona, Joseph & Stephanie
Case No: 19-11770/MBK

### ORDER TO EXTEND AUTOMATIC STAY AS TO ALL CREDITORS

**THIS MATTER**, having been brought before this Court by Daniel E. Straffi, Jr., Esq., attorney for the debtors for an Order to Extend Automatic Stay as to all Creditors and the Court having considered the papers submitted and any objections, and for good cause appearing and it is hereby:

**ORDERED** as follows:

1. The automatic stay provisions of the bankruptcy code are hereby extended as to all creditors pending further order of this Court; and it is

**FURTHER ORDERED** that the movant shall serve a copy of this Order on all parties in interest within 5 days of the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:  
Joseph J. Devona, Jr.  
Stephanie Devona  
    Debtors

Case No. 19-11770-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Mar 01, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2019.  
db/jdb         Joseph J. Devona, Jr.,   Stephanie Devona,   2 Bobwhite Ct,   Forked River, NJ   08731-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2019 at the address(es) listed below:  
             Albert   Russo     docs@russotrustee.com  
             Daniel E. Straffi     on behalf of Debtor Joseph J. Devona, Jr. bkclient@straffilaw.com,  
             G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
             Daniel E. Straffi     on behalf of Joint Debtor Stephanie   Devona bkclient@straffilaw.com,  
             G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com  
             Denise E. Carlon     on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee, et al.  
             dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
             Kevin Gordon McDonald     on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee, et al.  
             kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
             U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                            TOTAL: 6