Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−11770−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Joseph J. Devona Jr.
aka Joseph Devona, aka Joseph R. Devona
2 Bobwhite Ct
Forked River, NJ 08731−3619

Stephanie Devona
2 Bobwhite Ct
Forked River, NJ 08731−3619

Social Security No.:
xxx−xx−8080                                              xxx−xx−8225

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
   Debtor and Joint Debtor was entered on April 10, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: April 11, 2019
JAN: kmf

Jeanne Naughton
Clerk

```
                               United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                 Case No. 19-11770-MBK
Joseph J. Devona, Jr.                                                  Chapter 13
Stephanie Devona
         Debtors                         CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                 Page 1 of 3                   Date Rcvd: Apr 11, 2019
                              Form ID: 148                Total Noticed: 97

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb         Joseph J. Devona, Jr.,    Stephanie Devona,    2 Bobwhite Ct,    Forked River, NJ  08731-3619
aty           +Parker McCay, PA,    9000 Midlantic Drive, Suite 300,    PO Box 5054,
                Mount Laurel, NJ 08054-5054
517994407      AR Resources Inc,    PO Box 1056,    Blue Bell, PA  19422-0287
517994408     +AR Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
517994405      Advanced Radiology Solutions,    PO Box 6750,    Portsmouth, NH  03802-6750
517994406     +Affiliate Asset Solutions, Inc.,    145 Technology Pkwy Ste 100,
                Peachtree Corners, GA 30092-3536
517994410      Barron Emergency Physicians,    PO Box 7418,    Philadelphia, PA  19101-7418
517994411      Borel Docks Marine Construction,    112 S Main St,    Forked River, NJ  08731-3627
518044334     +Borel Docks Marine Construction, Inc.,    c/o Colleen Flynn Cyphers, Esq.,    Levin Cyphers,
                700 Hooper Avenue,    Toms River, NJ 08753-7784
517994427    ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance Company,    Attn: Bankruptcy,    PO Box 8099,
                Newark, DE  19714-8099)
517994414      Cazenovia Creek Funding I, LLC,    PO Box 54897,    New Orleans, LA  70154-4897
517994416      Cbna,    PO Box 6497,    Sioux Falls, SD  57117-6497
517994418      Celentano, Stadtmauer & Walentowicz, LLp,    1035 Route 46 East, PO Box 2594,
                Notchview Office Park,    Clifton, NJ  07015-2594
517994421      Christophers Auto Sales,    309 US Highway 9,    Lanoka Harbor, NJ  08734-2829
517994422     +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    St. Charles, MO 63301-9816
517994423      Coastal Imaging, LLC,    79 Route 37 W Ste 103,    Toms River, NJ  08755-6405
517994417    ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
              (address filed with court: Ccs/First Savings Bank,    500 E 60th St N,
                Sioux Falls, SD  57104-0478)
517994439      First Savings Credit Card,    PO Box 5019,    Sioux Falls, SD  57117-5019
517994438      First Savings Credit Card,    Attn: Bankruptcy Department,    PO Box 5019,
                Sioux Falls, SD  57117-5019
517994440      First Svg Cc,    500 E 60th St N,    Sioux Falls, SD  57104-0478
517994441      Frontier Financial Group,    631 N Stephanie St # 419,    Henderson, NV  89014-2633
517994445      Hackensack Meridian Health,    PO Box 650292,    Dallas, TX  75265-0292
517994446     +Hudson Law Offices, PC,    900 Route 168, Suite C-2,    Washington Professional Campus,
                Turnersville, NJ 08012-3206
517994450      JCP&L,    PO Box 3687,    Akron, OH  44309-3687
517994449      Jackson Capital, Inc.,    PO Box 639,    Springfield, NJ  07081-0639
517994456      LVNV Funding, LLC,    200 Meeting Street, Suite 206,    Charleston, SC  29401-3187
517994453      Lacey Township Tax Collector,    818 Lacey Rd,    Forked River, NJ  08731-1302
517994454     +Levin Cypers,    700 Hooper Ave,    Toms River, NJ 08753-7784
517994457     +Lyons, Doughty & Veldhuis,    136 Gaither Drive, Suite 100 PO Box 1269,
                Mt. Laurel, NJ 08054-7269
517994460      M&T Credit Services,    PO Box 1508,    Buffalo, NY  14240-1508
517994462     +Martin B. Smith, Esq.,    1119 Springfield Road,    Union, NJ 07083-8148
517994467     +Michael Harrison, ESQ.,    3155 State Route 10, Sutie 214,    Denville, NJ 07834-3430
517994468     +Mon-Oc Hospital Service Corp.,    4806 Megill Road,    Neptune, NJ 07753-6926
517994469      Mrs Bpo LLC,    1930 Olney Ave,    Cherry Hill, NJ  08003-2016
517994471      NJ Natural Gas Co.,    PO Box 11743,    Newark, NJ  07101-4743
517994470      New Jersey E-Z Pass,    PO Box 1235,    Elmsford, NY  10523-0935
518026566     +New Jersey Natural Gas,    1415 Wykoff,    P.O. Box 1378,    Wall, NJ 07719-1378
517994473      OMS/Manhawkin Urgent Care,    712 E Bay Ave Ste 22B,    Manahawkin, NJ  08050-3447
517994474      Parker McCay, PA,    9000 Midlantic Dr Ste 300,    Mount Laurel, NJ  08054-1539
517994475      Paterson Papers,    730 Madison Ave,    Paterson, NJ  07501-2407
517994477      Radio Shack/Citibank,    Citicorp/Centralized Bankruptcy,    PO Box 790040,
                Saint Louis, MO  63179-0040
517994478      Remex Inc,    307 Wall St,    Princeton, NJ  08540-1515
517994479     +Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517994484      SLS,    8742 Lucent Blvd Ste 300,    Highlands Ranch, CO  80129-2386
518125178    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,    Department of Treasury,
                Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
517994483      Shore Heart Group,    1820 State Route 33, Suite 4B,    Neptune, NJ  07753-4860
517994485     +Southern Ocean County Hospital,    1140 Route 72 W,    Manahawkin, NJ 08050-2499
517994487      State Of NJ- Division Of Taxation,    PO Box 111 Revenue Processing Center,
                Trenton, NJ  08645-0111
517994486      State Of New Jersey,    Judgment Section, PO Box 245,    Department Of Treasury, Div. Of Taxation,
                Trenton, NJ  08695-0445
517994488      Tbom/contfin,    PO Box 8099,    Newark, DE  19714-8099
517994489     +Unifund Ccr Partners,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
517994490      University Radiology Group, PC,    PO Box 1075,    East Brunswick, PA  08816-1075
517994491      Urgen Care Now,    PO Box 14000,    Belfast, ME  04915-4033
518077360     +Wells Fargo Bank, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

```
District/off: 0312-3            User: admin              Page 2 of 3                  Date Rcvd: Apr 11, 2019
                                Form ID: 148             Total Noticed: 97


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Apr 12 2019 00:10:03     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 12 2019 00:09:59      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517994409        EDI: CINGMIDLAND.COM Apr 12 2019 03:28:00      AT & T Mobility,    PO Box 537104,
                 Atlanta, GA 30353-7104
518009633        EDI: RESURGENT.COM Apr 12 2019 03:28:00      Ashley Funding Services, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517994412        EDI: CAPITALONE.COM Apr 12 2019 03:28:00      Capital One Bank Usa N,    15000 Capital One Dr,
                 Richmond, VA 23238
517994413        EDI: MERRICKBANK.COM Apr 12 2019 03:28:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
                 PO Box 9201,    Old Bethpage, NY 11804-9001
517994415        EDI: PHINGENESIS Apr 12 2019 03:28:00      Cb Indigo/gf,    PO Box 4499,
                 Beaverton, OR 97076-4499
517994419       +EDI: PINNACLE.COM Apr 12 2019 03:28:00      Central Credit Services, Inc.,    PO Box 1850,
                 St. Charles, MO 63302-1850
517994420        E-mail/Text: bankruptcy@certifiedcollection.com Apr 12 2019 00:09:47
                 Certified Credit & Collection Bureau,    PO Box 1750,    Whitehouse Station, NJ 08889-1750
517994424       +EDI: WFNNB.COM Apr 12 2019 03:28:00      Comenity Bank,    Po Box 182789,
                 Columbus, OH 43218-2789
517994425        EDI: WFNNB.COM Apr 12 2019 03:28:00      Comenity Bank/Fashbug,    PO Box 182789,
                 Columbus, OH 43218-2789
517994426        E-mail/Text: ebn@rwjbh.org Apr 12 2019 00:10:27      Community Medical Center,
                 PO Box 903 An Affiliate Of SBHCS,    Oceanport, NJ 07757-0903
517994428        EDI: RCSFNBMARIN.COM Apr 12 2019 03:28:00      Credit One Bank,    ATTN: Bankruptcy,
                 PO Box 98873,    Las Vegas, NV 89193-8873
517994429        EDI: RCSFNBMARIN.COM Apr 12 2019 03:28:00      Credit One Bank NA,    PO Box 98872,
                 Las Vegas, NV 89193-8872
517994431        EDI: RCSFNBMARIN.COM Apr 12 2019 03:28:00      Credit One Bank NA,    PO Box 98873,
                 Las Vegas, NV 89193-8873
517994432        EDI: BLUESTEM Apr 12 2019 03:28:00      Fingerhut,    Attn: Bankruptcy,    PO Box 1250,
                 Saint Cloud, MN 56395-1250
517994433        E-mail/Text: bankruptcy@firstenergycorp.com Apr 12 2019 00:10:05      First Energ,    PO Box 3687,
                 Akron, OH 44309-3687
517994435        EDI: AMINFOFP.COM Apr 12 2019 03:28:00      First Premier Bank,    PO Box 5524,
                 Sioux Falls, SD 57117-5524
517994434       +EDI: AMINFOFP.COM Apr 12 2019 03:28:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
517994437        EDI: AMINFOFP.COM Apr 12 2019 03:28:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517994436        EDI: AMINFOFP.COM Apr 12 2019 03:28:00      First Premier Bank,    Attn: Bankruptcy,
                 PO Box 5524,    Sioux Falls, SD 57117-5524
517994442        EDI: AMINFOFP.COM Apr 12 2019 03:28:00      Fst Premier,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
517994444        EDI: PHINGENESIS Apr 12 2019 03:28:00      Genesis Bc/Celtic Bank,    Attn: Bankruptcy,
                 268 S State St Ste 300,    Salt Lake City, UT 84111-5314
517994447        EDI: IIC9.COM Apr 12 2019 03:28:00      IC System,    444 Highway 96 E,
                 Saint Paul, MN 55127-2557
517994448        EDI: IRS.COM Apr 12 2019 03:28:00      Internal Revenue Service,    PO Box 7346,
                 Special Procedures Branch, Bky Sec.,    Philadelphia, PA 19101-7346
517994451        EDI: JEFFERSONCAP.COM Apr 12 2019 03:28:00      Jefferson Capital Systems, LLC,
                 16 McLeland Road,    St. Cloud, MN 56303-0000
517994452        E-mail/Text: admin@kinum.com Apr 12 2019 00:10:35      Kinum,    2133 Upton Dr Ste 126-129,
                 Virginia Beach, VA 23454-1193
518009573        EDI: RESURGENT.COM Apr 12 2019 03:28:00      LVNV Funding, LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517994455        EDI: RESURGENT.COM Apr 12 2019 03:28:00      Lvnv Funding LLC,    PO Box 1269,
                 Greenville, SC 29602-1269
517994458        E-mail/Text: camanagt@mtb.com Apr 12 2019 00:09:27      M&T Bank,    1 Fountain Plz Fl 4,
                 Buffalo, NY 14203-1420
517994459        E-mail/Text: camanagement@mtb.com Apr 12 2019 00:09:27      M&T Credit Services,
                 Legal Document Processing,    1100 Wehrle Dr,    Williamsville, NY 14221-7748
518021834        EDI: MERRICKBANK.COM Apr 12 2019 03:28:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517994464        EDI: MERRICKBANK.COM Apr 12 2019 03:28:00      Merrick Bank,    PO Box 660702,
                 Dallas, TX 75266-0702
517994463       +EDI: MERRICKBANK.COM Apr 12 2019 03:28:00      Merrick Bank,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517994466        EDI: MERRICKBANK.COM Apr 12 2019 03:28:00      Merrick Bk,    PO Box 9201,
                 Old Bethpage, NY 11804-9001
517994476        EDI: AMINFOFP.COM Apr 12 2019 03:28:00      Premier Bankcard, LLC,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
518043582       +EDI: JEFFERSONCAP.COM Apr 12 2019 03:28:00      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
```

```
District/off: 0312-3          User: admin              Page 3 of 3                   Date Rcvd: Apr 11, 2019
                              Form ID: 148             Total Noticed: 97


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
518127828        EDI: Q3G.COM Apr 12 2019 03:28:00      Quantum3 Group LLC as agent for,   GPCC I LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
518157703        EDI: Q3G.COM Apr 12 2019 03:28:00      Quantum3 Group LLC as agent for,   Bluestem and SCUSA,
                 PO Box 788,    Kirkland, WA  98083-0788
517994481       +EDI: RMCB.COM Apr 12 2019 03:28:00      Retrieval Masters Credits Bureau, Inc.,
                 4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1616
518154462       +E-mail/Text: bncmail@w-legal.com Apr 12 2019 00:10:13       SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
518153627       +EDI: AIS.COM Apr 12 2019 03:28:00      Verizon,   by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517994492        EDI: BLUESTEM Apr 12 2019 03:28:00      Webbank/fingerhut,   6250 Ridgewood Rd,
                 Saint Cloud, MN  56303-0820
                                                                                               TOTAL: 43

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*             +SLS,   8742 Lucent Blvd., Ste. 300,    Highlands Ranch, CO 80129-2386
517994461*     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Mabt/contfin,     121 Continental Dr Ste 1,    Newark, DE  19713-4325)
517994430*      +Credit One Bank Na,    Po Box 98872,   Las Vegas, NV 89193-8872
517994465*       Merrick Bank Corp,   PO Box 9201,    Old Bethpage, NY  11804-9001
517994480*       Resurgent Capital Services,    PO Box 10368,   Greenville, SC  29603-0368
517994443      ##+Gem Recovery Systems,    99 Kinderkamack Rd Ste 3,    Westwood, NJ 07675-3021
517994472      ##+Ocean Health Initiative,    101 Second Street,    Lakewood, NJ 08701-3324
517994482       ##Shore Cardiac Institute,    367 Lakehurst Road,    Toms River, NJ  08755-7330
                                                                                          TOTALS: 0, * 5, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Daniel E. Straffi    on behalf of Debtor Joseph J. Devona, Jr. bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Daniel E. Straffi    on behalf of Joint Debtor Stephanie  Devona bkclient@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee, et al.
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Wells Fargo Bank, N.A. as Trustee, et al.
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 6
```