UNITED STATES BANKRUPTCY COURT
District of New Jersey

Albert Russo
CN 4853
Trenton,  NJ   08650
(609) 587-6888
Standing Chapter 13 Trustee

In re:

Joseph J. Devona, Jr.
Stephanie Devona

Debtor(s)

**Order Filed on April 10, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-11770 / MBK

Chapter: 13

Hearing Date: April 9, 2019

Judge:  Michael B. Kaplan

## CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: April 10, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

*rev. 5/8/17*

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to provide required documents to the Trustee prior to the 341(a) meeting, resulting in the meeting not being held

- failure to make all required pre-confirmation payments to the Trustee

- lack of prosecution

- failure to resolve Trustee and/or creditor objection

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

United States Bankruptcy Court
District of New Jersey

In re:
Joseph J. Devona, Jr.                                    Case No. 19-11770-MBK
Stephanie Devona                                         Chapter 13
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin              Page 1 of 1              Date Rcvd: Apr 11, 2019
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db/jdb        Joseph J. Devona, Jr.,   Stephanie Devona,   2 Bobwhite Ct,   Forked River, NJ  08731-3619

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
          Albert   Russo   docs@russotrustee.com
          Daniel E. Straffi   on behalf of Debtor Joseph J. Devona, Jr. bkclient@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Daniel E. Straffi   on behalf of Joint Debtor Stephanie  Devona bkclient@straffilaw.com,
          G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com
          Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee, et al.
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   Wells Fargo Bank, N.A. as Trustee, et al.
          kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                        TOTAL: 6